| | |
|---|---|
| 1 | ANNE M. BEVINGTON (SBN 111320) |
|   | SHAAMINI A. BABU (SBN 230704) |
| 2 | ANJULI M. CARGAIN (SBN 270546) |
|   | SALTZMAN & JOHNSON LAW CORPORATION |
| 3 | 44 Montgomery Street, Suite 2110 |
|   | San Francisco, CA 94104 |
| 4 | (415) 882-7900 |
|   | (415) 882-9287 – Facsimile |
| 5 | abevington@sjlawcorp.com |
|   | sbabu@sjlawcorp.com |
| 6 | acargain@sjlawcorp.com |
| 7 | Attorneys for Plaintiffs |
| 8 | DAVID J. ZAPPETINI |
|   | 1112 Second Street |
| 9 | San Rafael, CA 94901 |
|   | zappsintro@msn.com |
| 10 | |
|    | Defendant in Pro Per |
| 11 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION PLAN, et al. | Case No.: 15-1038 VC |
| Plaintiffs, | **STIPULATED REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE PURSUANT TO STIPULATION; AND [~~PROPOSED~~] ORDER]** |
| vs. | |
| RUSSELL S. ZAPPETINI, et al., | |
| Defendants. | Date:     June 2, 2015 |
| | Time:     10:00 a.m. |
| | Location: 450 Golden Gate Avenue |
| |               San Francisco, CA 94102 |
| |               Courtroom: 4, 17th Floor |
| | Judge:    Honorable Vince Chhabria |

The parties hereby submit this Request to Continue the Case Management Conference currently scheduled for June 2, 2015, at 10:00 a.m. to Tuesday, November 24, 2015, at 10:00 a.m., or such other date thereafter that is convenient to the Court. Good cause exists for the granting of the continuance, as follows:

1. A Complaint was filed in this matter by Plaintiffs on March 5, 2015. Docket No. 1.

2. Service on Defendant Russell S. Zappetini was effectuated on March 13, 2015. A Proof of Service on Summons for Defendant Russell S. Zappetini was filed with the Court on March 18, 2015. Docket No. 14. Defendant Russell S. Zappetini has failed to plead or otherwise defend or appear in this action, and the time permitted for such pleading, defense, or other appearance has run. Plaintiffs filed a Request for Entry of Default against Defendant Russell S. Zappetini on April 16, 2015. Docket No. 16.

3. Service on Defendant David J. Zappetini, an individual and trustee of the David J. Zappetini and Carolyn Zappetini Revocable Intervivos Trust dated December 27, 2007, was effectuated on March 13, 2015. The Proofs of Service on Summons for Defendant David J. Zappetini were filed with the Court on March 18, 2015. Docket Nos. 12-13. The time for Defendant David J. Zappetini to submit to Plaintiffs an Answer to the Complaint expires on May 8, 2015.

4. On April 15, 2015, the parties met and conferred and agreed to file a stipulation and proposed order selecting mediation and agreed to scheduling the mediation within 120 days from the date of the Court's Order referring the case to mediation.

5. This is the first request to continue the Initial Case Management Conference. This request is made in order for the parties to have sufficient opportunity to conduct discovery and attempt to resolve this matter by mediation within 120 days from the date of the Court's Order referring the case to mediation before incurring the expense, and using the Court's resources, in proceeding with the initial Case Management Conference.

6 Based on the foregoing, the parties respectfully request that this Court continue the Case Management Conference to Tuesday, November 24, 2015, at 10:00 a.m., or such other date thereafter that is convenient to the Court. The effect of this requested time modification would extend the date of the initial Case Management Conference and related deadlines.

Dated: April 16, 2015          SALTZMAN & JOHNSON LAW CORPORATION

                                By: _____
                                    Angüli M. Cargain
                                    Attorneys for Plaintiffs

Dated: 5/12, 2015

By: _____
David J. Zappetini
Defendant in Pro Per

## ORDER

Based on the foregoing, and good cause appearing, the Case Management Conference is continued to Tuesday, November 24, 2015, at 10:00 a.m. The parties must submit file a Joint Case Management Conference Statement by November 17, 2015. All related deadlines are extended accordingly.

IT IS SO ORDERED.

Date: May 14, 2015

_____
THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

P:\CLIENTS\SHOW1\CASES\Steve Zappetini & Sons\CMC\Request to Continue CMC 4.15.15 AC Draft.doc

MAY.12.2015 12:58 PM                                                                 PAGE. 6/ 6