UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Shop Ironworkers Local 790
Pension Plan, et al.,
                    Plaintiff(s),

CASE NO. CV 15-1038 VC

v.

Russell S. Zappetini, et al.
                    Defendant(s).

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☑ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☑ other requested deadline  Parties agree to complete mediation within 120 days from the date of the order referring the case to mediation.

Dated: 4/15/15

_____
Attorney for Plaintiff

Dated: 5/12/15

_____
Defendant (in Pro Per)
David J. Zappetini, as an individual and as trustee of the
David J. Zappetini and Carolyn Zappetini Revocable
Intervivos Trust dated December 27, 2007

CONTINUE TO FOLLOWING PAGE

[~~PROPOSED~~] **ORDER**

[XX] The parties' stipulation is adopted and IT IS SO ORDERED.
[ ] The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Parties agree to complete mediation within 120 days from the date of the order referring the case to mediation.

Dated: May 19, 2015



IT IS SO ORDERED
Judge Vince Chhabria

> When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

**PROOF OF SERVICE**

I, the undersigned, declare:

    I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

    On May 12, 2015, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

<u>XX</u>   **MAIL** by placing the envelope for collection and mailing on the date shown above following our ordinary business practices. Being readily familiar with this business's practice for collecting and processing correspondence for mailing, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

<u>XX</u>   **ELECTRONIC-MAIL** by causing said document to be transmitted by electronic-mail to the address indicated set forth below.

DAVID J. ZAPPETINI
1112 Second Street
San Rafael, CA 94901
zappsintro@msn.com

*Defendant in Pro Per*

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 12th day of May, 2015, at San Francisco, California.

/S/
Catherine Jemera

3
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO. CV 15-01038 VC
P:\CLIENTS\SHOWL\CASES\Steve Zappetini & Sons\ADR\POS.doc