UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOP IRONWORKERS LOCAL 790 PENSION PLAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>RUSSELL S. ZAPPETINI, et al.,<br><br>    Defendants. | Case No.  15-cv-01038-VC<br><br>**ORDER** |

The Court is in receipt of an email from David Zappetini, sent through someone named Ryan Dufficy, that apparently relates to the motion for summary judgment set for hearing tomorrow, April 21, 2016.  The Court will not consider this document unless it is properly filed.  Mr. Zappetini is encouraged to contact the JDC Legal Help Center for pro se litigants at 415-782-8982, or to visit the Help Center's website (http://www.cand.uscourts.gov/helpcentersf) for further information.

**IT IS SO ORDERED.**

Dated: April 20, 2016

_____
VINCE CHHABRIA
United States District Judge